IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **NOELLE WRIGHT,** | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 1:18-cv-01956-LMM |
| **TALGAN RETAIL, LLC,** | ) ) | |
| Defendant. | ) ) ) | |

## NOTICE OF DISMISSAL

**COMES NOW** the Plaintiff, Noelle Wright ("Plaintiff"), by and through her undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i) *Fed. R. Civ. P.*, and hereby respectfully requests the Court dismiss this matter.

Respectfully Submitted, this the 23rd Day of May 2018.

/s/ *Alex O. Mitchell*
**Alex O. Mitchell**
**GA BAR # 209945**
ADA Group LLC
400 Galleria Pkwy., Suite 1500
Atlanta, GA 30339
678.385.5923 p
334.521.3859 f
AOM@ADA-Firm.com
*Attorney for the Plaintiff*

[1]

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day filed with the Clerk of Court the aforementioned Complaint for service of process by USPS mail or electronic mail, postage prepaid and properly addressed this 23rd day of May 2018 to the following:

**Talgan Retail, LLC**
attn.: Registered Agent
3612 Lake Edge Drive
Suwanee, Georgia 30024

/s/ *Alex O. Mitchell*
**Alex O. Mitchell**
**GA BAR # 209945**
ADA Group LLC
400 Galleria Pkwy., Suite 1500
Atlanta, GA 30339
678.385.5923 p
334.521.3859 f
AOM@ADA-Firm.com
*Attorney for the Plaintiff*

[2]